John Carroll et al., appellants, v. Louise Kisselbach et al., appellees. Gen. No. 29,523.

Receivership proceedings. Order directing distribution of funds in receiver's hands. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

L. A. Sherwin, for appellants. Edward H. Kubitz, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Eleanor B. Nelson, complainant, v. Herman Urban, trading as Manor Maintenance Company et al., defendants, on appeal of Standard Sanitary Manufacturers Company, appellant-defendant, v. Miller Plumbing & Heating Supply Company, appellee-defendant. Gen. No. 29,539.

Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed on opinion in *Nelson v. Urban*, 236 Ill. App. 447. Opinion filed April 13, 1925.

Samuel J. Moran, for appellant. Benson, Fitch & Heinemann, for appellee Eleanor B. Nelson.

Mr. Justice Matchett delivered the opinion of the court.

---

Alexander J. Januchowski, appellee, v. D. Staneff, appellant. Gen. No. 29,570.

Action for damages sustained in collision of automobiles. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

Peden, Graydon, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

W. H. Seitzler, appellee, v. James B. Cook and Martin Matheson, trading as Cook & Matheson, appellants. Gen. No. 29,579.

Action to recover commission on sale of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Loucks, Eckert & Peterson, for appellants. M. D. Dolan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Mike Kraus, appellee, v. Massachusetts Bonding & Insurance Company, appellant. Gen. No. 29,627.

Action on accident policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed April 13, 1925.